MARSELIS C. PARSONS, Appellant, *v.* RYE NATIONAL BANK et al., Respondents.

Argued January 10, 1938; decided January 25, 1938.

*Benjamin I. Shiverts* for appellant.

*Herbert Barry* and *Henry W. Proffitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.